# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| LEMUEL DAVID WALKER | Case No. 4:03CR40015-001 |
| | USM No. 07288-010 |
| | Matthew Hill |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) <u>Standard Conditions listed below</u> of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | Standard Condition - Shall Not Commit another Federal, State, or Local Crime | March 3, 2009 |
| Three | Standard Condition - Shall Not Associate with any Person Engaged in Criminal Activity and Shall not Associate with any Person Convicted of a Felony | March 3, 2009 |
| One | Standard Condition - Shall Not Commit another Federal, State, or Local Crime | April 28, 2009 |

The defendant is sentenced as provided in pages 2 through <u>  2  </u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec.    5610 | January 23, 2020 |
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:    1959 | |
| City and State of Defendant's Residence: | Signature of Judge |
| Magnolia, Arkansas | Honorable Susan O. Hickey, Chief U.S. District Judge |
| | Name and Title of Judge |
| | January 28, 2020 |
| | Date |

DEFENDANT: LEMUEL DAVID WALKER
CASE NUMBER: 4:03CR40015-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

**Eighteen (18) months with credit for time served in federal custody. No term of supervised release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:
Placement at a BOP facility as close to Texarkana, AR as possible.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL